UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE THE MATTER OF THE SEIZURE OF $189,980.95 IN UNITED STATES FUNDS | CASE NO. MC24-0087-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

As the stipulated CAFRA deadline has expired (*see* Dkt. No. 2), the Court ORDERS Petitioner to file a status report no later than July 18, 2025, addressing whether this case may be administratively closed.

Dated this 7th day of July, 2025.

Ravi Subramanian
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1